# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MICHELLE STRICKLAND,**

        **Plaintiff,**

v.                                       **Case No: 6:22-cv-1317-PGB-DCI**

**MCD VENTURES INC.,**

        **Defendant.**

                                    /

## ORDER

This cause is before the Court on the parties' Stipulation of Dismissal with Prejudice, filed November 09, 2022. (Doc. 12). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendants MCD Ventures Inc. and P.C.M.D. Management, Inc. are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on November 14, 2022.

*[signature]*

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties